# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOEL RHODES,**
       **Plaintiff,**

    **v.**                          **Case No. 12-CV-0452**

**SGT. KERRI MCKENZIE, et al.,**
       **Defendants,**

---

## DECISION AND ORDER

In this case, plaintiff Joel Rhodes is proceeding <u>pro se</u> on access to the courts and retaliation claims arising from being prevented from meeting with an attorney the weekend before a criminal trial in which plaintiff was defending himself <u>pro se</u>.  The parties have fully briefed defendants' motion for summary judgment.  However, I have concluded that I should wait to consider the motion for summary judgment until plaintiff's petition for habeas corpus (Case No. 13-CV-161, E.D. Wis., and the related appeal) has been resolved.

**THEREFORE, IT IS ORDERED** that this case will be held in abeyance pending the resolution of plaintiff's appeal in his habeas case.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2015.

s/ Lynn Adelman

LYNN ADELMAN
District Judge